**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

GRAYSON SMITH, *et al.*,               :
                                       :
    Plaintiffs,        :
                                       :
v.                                     :          CASE NO.:  7:24-CV-83 (WLS)
                                       :
AUTO-OWNERS INS. CO.,                  :
                                       :
    Defendant.         :
_____        :

## <u>ORDER</u>

Before the Court is a Notice of Settlement (Doc. 68), filed by the Parties on June 26, 2026, and pursuant to the Court's previous Order (Doc. 66). Therein, the Parties notify the Court that a settlement has been reached between Plaintiffs and Defendant Auto-Owners Insurance Company, and that the above-captioned action will be dismissed once the settlement is finalized.

For good cause, the Parties' joint Notice (Doc. 68) is acknowledged and noted. To ensure the timely and orderly disposition of this case, the Parties are **ORDERED** to file a stipulation or other documentation of dismissal of all claims **within thirty (30) days** of the entry of this Order, or **by no later than Thursday, July 30, 2026**, or, by the same deadline, file with the Court a motion for additional time containing a written statement as to why additional time is needed.

Additionally, in light of the Parties' settlement and the anticipated dismissal of this action, the trial in this matter, as well as the pretrial conference scheduled for July 15, 2026, are **CANCELLED**.

**SO ORDERED**, this 30th day of June 2026.

                  **/s/ W. Louis Sands**
                  **W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**