IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| GRAYSON SMITH and SAVANNAH SMITH, Plaintiffs, | * | CASE NO. 7:24-cv-00083-WLS |
| v. | * | |
| AUTO-OWNERS INSURANCE COMPANY, Defendants. | * | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs GRAYSON SMITH and SAVANNAH SMITH and Defendant AUTO-OWNERS INSURANCE COMPANY, by and through their respective undersigned counsel, jointly stipulate to the dismissal, with prejudice, of all of Plaintiff's claims against Defendant. All parties shall bear their own costs, expenses, and attorneys' fees.

Respectfully submitted this 30th day of July, 2026.

ELLIOTT BLACKBURN PC

*/s/ James R. Miller*
James R. Miller
Georgia State Bar No.: 159080
C. Hansell Watt
Georgia Bar No.: 140885
3016 N. Patterson Street
Valdosta, Georgia 31602
*Attorney for Plaintiffs*

SWIFT, CURRIE, MCGHEE & HIERS, LLP

*/s/ Jessica M. Phillips*
Jessica M. Phillips
Georgia State Bar No.: 922902
Brittney A. Sizemore
Georgia Bar No.: 332873
1420 Peachtree Street NE, Suite 800
Atlanta, Georgia 30309
*Attorneys for Defendant*

**SO ORDERED this** 31st **day of** July, 2026**.**

W. Louis Sands

**W. Louis Sands, Sr. Judge**
**United States District Court**