IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

GRAYSON SMITH, et al., *

Plaintiffs, *

v. Case No. 7:24-cv-83 (WLS)
*

AUTO OWNERS INSURANCE COMPANY,
*

Defendant.
*

**J U D G M E N T**

Pursuant to this Court's Order dated July 31, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 31st day of July, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk